UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

JOHN DOE,

      Plaintiff

      v.

JOSEPH FAGONE,

      Defendant

**CIVIL ACTION**

**CASE NO. 2:17-CV-00336-GZS**

### ANSWER OF DEFENDANT JOSEPH FAGONE

NOW COMES Defendant Joseph Fagone, by and through counsel, Norman, Hanson & DeTroy, LLC, and answers Plaintiff's Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

At all times relevant, Defendant Fagone was not a State Actor. To the extent that Defendant Fagone is considered a State Actor, Plaintiff's claims are barred and/or limited by applicable statutory and common law immunities and privileges.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

**Summary of the Action**

1.      Defendant denies paragraph 1 of Plaintiff's Complaint.

2.      Defendant denies paragraph 2 of Plaintiff's Complaint.

3.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Complaint and, therefore denies the same.

4.      Defendant denies paragraph 4 of Plaintiff's Complaint.

**Parties**

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Complaint and, therefore denies the same.

6.      Upon information and belief, Defendant admits paragraph 6 of Plaintiff's Complaint.

7.      Upon information and belief, Defendant admits paragraph 7 of Plaintiff's Complaint.

8.      Upon information and belief, Defendant admits paragraph 8 of Plaintiff's Complaint.

9.      Defendant admits paragraph 9 of Plaintiff's Complaint.

**Jury Trial Demand**

10.     Paragraph 10 does not require an answer.

**Jurisdiction and Venue**

11.     Defendant denies paragraph 11 of Plaintiff's Complaint.

12.     Defendant admits paragraph 12 of Plaintiff's Complaint.

**Facts**

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiff's Complaint and, therefore denies the same.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiff's Complaint and, therefore denies the same.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiff's Complaint and, therefore denies the same.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of Plaintiff's Complaint and, therefore denies the same.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiff's Complaint and, therefore denies the same.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiff's Complaint and, therefore denies the same.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiff's Complaint and, therefore denies the same.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiff's Complaint and, therefore denies the same.

21.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiff's Complaint and, therefore denies the same.

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiff's Complaint and, therefore denies the same.

23.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of Plaintiff's Complaint and, therefore denies the same.

24.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of Plaintiff's Complaint and, therefore denies the same.

25.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiff's Complaint and, therefore denies the same.

26.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiff's Complaint and, therefore denies the same.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiff's Complaint and, therefore denies the same.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of Plaintiff's Complaint and, therefore denies the same.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of Plaintiff's Complaint and, therefore denies the same.

30.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of Plaintiff's Complaint and, therefore denies the same.

31.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of Plaintiff's Complaint and, therefore denies the same.

32.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of Plaintiff's Complaint and, therefore denies the same.

33.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of Plaintiff's Complaint and, therefore denies the same.

34.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of Plaintiff's Complaint and, therefore denies the same.

35.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of Plaintiff's Complaint and, therefore denies the same.

36.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of Plaintiff's Complaint and, therefore denies the same.

37.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of Plaintiff's Complaint and, therefore denies the same.

38.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of Plaintiff's Complaint and, therefore denies the same.

39.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of Plaintiff's Complaint and, therefore denies the same.

40.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of Plaintiff's Complaint and, therefore denies the same.

41.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of Plaintiff's Complaint and, therefore denies the same.

42.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of Plaintiff's Complaint and, therefore denies the same.

43.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of Plaintiff's Complaint and, therefore denies the same.

44.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of Plaintiff's Complaint and, therefore denies the same.

45.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of Plaintiff's Complaint and, therefore denies the same.

46.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of Plaintiff's Complaint and, therefore denies the same.

47.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of Plaintiff's Complaint and, therefore denies the same.  Defendant Fagone admits that he left a message.

48.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of Plaintiff's Complaint and, therefore denies the same.

49.     Defendant denies paragraph 49 of Plaintiff's Complaint.

50.     Defendant denies paragraph 50 of Plaintiff's Complaint.

**Legal Claim**

51.     Defendant repeats and restates the answers to the allegations contained in the previous paragraphs, inclusive, of Plaintiff's Complaint, as if set forth in full herein.

52.     Defendant denies paragraph 52 of Plaintiff's Complaint.

53.     Defendant denies paragraph 53 of Plaintiff's Complaint.

54.     Defendant denies paragraph 54 of Plaintiff's Complaint.

55.     Defendant denies paragraph 55 of Plaintiff's Complaint.

56.     Defendant denies paragraph 56 of Plaintiff's Complaint.

57.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiff's Complaint and, therefore denies the same.

58.     The allegations contained in this Paragraph state conclusions of law which do not require a response.  To the extent that a response is required, those allegations are denied by Defendant.

59.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of Plaintiff's Complaint and, therefore denies the same.

60.     Defendant denies paragraph 60 of Plaintiff's Complaint.

61.     Defendant denies paragraph 61 of Plaintiff's Complaint.

62.     Defendant denies paragraph 62 of Plaintiff's Complaint.

63.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of Plaintiff's Complaint and, therefore denies the same.

64.     Defendant denies paragraph 64 of Plaintiff's Complaint.

65.     Defendant denies paragraph 65 of Plaintiff's Complaint.

66.     Defendant denies paragraph 66 of Plaintiff's Complaint.

67.     Defendant denies paragraph 67 of Plaintiff's Complaint.

68.     Defendant denies paragraph 68 of Plaintiff's Complaint.

69.     Paragraph 10 does not require an answer.  To the extent and answer is required, the Defendant denies the allegation.

WHEREFORE Defendant asks the Court to enter judgment in favor of Defendant Fagone and against the Plaintiff, and award Defendant attorney's fees and costs.

Dated at Portland, Maine this 1st day of December, 2017.


/s/ Thomas S. Marjerison
Thomas S. Marjerison, Esq. ~ Bar No. 7836
Attorney for Joseph Fagone

9

Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112
Phone: 207-774-7000
Fax: 207-775-0806
tmarjerison@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the Answer of Defendant Joseph Fagone with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following:

David G. Webbert, Esq.
Johnson, Webbert & Young, LLP
160 Capitol Street; Ste. 3
P.O. Box 79
Augusta, ME  04332-0079
dwebbert@work.law

Max I Brooks, Esq.
Johnson, Webbert & Young, LLP
160 Capitol Street; Ste. 3
P.O. Box 79
Augusta, ME  04332-0079
mbrooks@work.law


/s/ Thomas S. Marjerison
Thomas S. Marjerison, Esq. ~ Bar No. 7836
Attorneys for Joseph Fagone

Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112
Phone: 207-774-7000
Fax: 207-775-0806
tmarjerison@nhdlaw.com